**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DWAYNE K. WILSON,

    Plaintiff,

-vs-                                                Case No.  8:05-CV-658-T-30MAP

CAL HENDERSON, et al.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon receipt of the forms necessary to effect service of process.  An order was entered on July 18, 2005, dismissing the complaint prior to service of process pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.  (Dkt. 7).   This case stands closed.

ACCORDINGLY, the Court **ORDERS** that the Clerk shall **STRIKE** said documents and return them to Plaintiff.

**DONE** and **ORDERED** in Tampa, Florida on August 10, 2005.

                                              JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Pro Se Plaintiff

SA:jsh